**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Daniel L Killebrew | Case No. 26-10004-amc<br>Chapter 13 |
| Santander Bank, N.A.,<br>Movant<br><br>vs.<br><br>Daniel L Killebrew ,<br>Debtor | |

**MOTION TO AUTHORIZE PAYMENT OF INSURANCE PROCEEDS**

**COMES NOW**, Santander Bank, N.A., (the "Movant"), and hereby files this motion to authorize the Movant to apply payment of certain insurance proceeds related to the Movant's secured claim against 1542 N Robinson St (the "Collateral"), and respectfully represents that:

1. On January 2, 2026, Daniel L Killebrew (the "Debtor") filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code, commencing in this Court, Case No. 26-10004-amc (the "Bankruptcy Case").

2. At the time of the commencement of Bankruptcy Case, the Debtor owned Collateral, which is secured by a lien held by Movant.

3. On March 6, 2026, Movant timely filed its Proof of Claim regarding the Collateral (the "Claim") (Claim 6). The Claim evidenced a total secured claim of $49,216.99.

4. Upon information and belief, the Collateral was considered a total loss by virtue of the Collateral's theft or destruction.

5. The Debtor's insurance company has delivered or is anticipating the delivery of a check to Movant in the amount of $1,807.17 for home repairs. Movant seeks an order from this Court authorizing application of these insurance proceeds against the secured claim of Movant regarding the Collateral.

6. There are no surplus proceeds to distribute to the Debtor or Chapter 13 Trustee after application of the insurance proceeds against the lien on the Collateral.

7. Upon application of the insurance proceeds after Court approval, the Movant will amend the Claim to the unsecured deficiency balance remaining or withdraw the Claim.

**WHEREFORE**, Santander Bank, N.A., respectfully requests that this Honorable Court:

A. Authorize the Movant to apply the insurance proceeds against the lien on the Collateral; and

B. Authorize Movant and Debtor to take such actions as to effectuate the release of the lien on the Collateral; and

C. Award such other and further relief as is just and proper.

This the 19th day of October, 2026.

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**L.B.F. 9014-4**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Daniel L Killebrew | Case No. 26-10004-amc<br>Chapter 13 |
| Santander Bank, N.A.,<br>Movant<br><br>vs.<br><br>Daniel L Killebrew ,<br>Debtor | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on October 19, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Authorize Payment of Insurance Funds

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: October 19, 2026

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

BRAD J. SADEK, Debtor's Attorney
Sadek Law Offices, LLC
1500 JFK Boulevard Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com
Debtor's Attorney

Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

SCOTT F. WATERMAN,
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Bankruptcy Trustee

Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

United States Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107
US Trustee

Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Daniel L Killebrew
1542 N. Robinson Street
Philadelphia, PA 19151
Debtor

Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other: